**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mario MELO, Defendant–Appellant.**

No. 08–10959
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 6, 2008.

Neal Gary Rosensweig, Hollywood, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

956

Before BIRCH, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Neal Gary Rosensweig, counsel for Mario Melo, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Melo's sentence following re-sentencing is **AFFIRMED**. We **DENY** as moot Melo's motion to dismiss counsel on appeal, and we **DENY** Melo's motions to dismiss his appeal and/or hold his appeal in abeyance.